AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| BOGART MUMFORD PARKS, individually and as the personal representative of the ESTATE OF WILLIAM J. PARKS, deceased; and CHIYA NICHOLE PARKS,<br><br>    Plaintiff(s),<br><br>    V.<br><br>ROBERT R. WATKINS, M.D., HAMAKUA HEALTH CENTER, INC., dba KOHALA FAMILY HEALTH CENTER, and UNITED STATES OF AMERICA ,<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 11-00594 HG-RLP<br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>February 4, 2013<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed pursuant to the "Order Denying Plaintiffs' Motion for the Federal Court to Retain Jurisdiction and Vacating the Judgments on the Motions for Summary Judgment in the Court's Order Issued on August 31, 2012" filed on January 31, 2013 .

It is further ORDERED AND ADJUDGED  that the remaining claims are Dismissed Without Prejudice.

It is further ORDERED AND ADJUDGED  that the Court's rulings on Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Partial Summary Judgment on Plaintiffs' Claim for Punitive Damages, set forth in the Order issued on August 31, 2012 , are VACATED.

| February 4, 2013 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ES |
| | (By) Deputy Clerk |